# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### Civil Case Number: 3:17-cv-52-J-39MCR

| | |
|---|---|
| Daniel Hudgen, | : |
| Plaintiff, | : |
| v. | : |
| Cellco Partnership d/b/a Verizon Wireless, | : |
| Defendant. | : |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 18, 2017

Respectfully submitted,

By /s/ *Stan Michael Maslona*
Stan Michael Maslona, Esq.
Lemberg Law, LLC
Bar No: 86128
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
smaslona@lemberglaw.com
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ *Stan Michael Maslona*
Stan Michael Maslona, Esq.